■ ROGER SCOTT et al., Appellants, v JOHN MANILLA, as

Building Inspector of Town of Skaneateles et al., Respondents. —Motion for extension of time to perfect appeal granted to April 22, 1991 and appeal is to be added to the calendar for the term commencing May 15, 1991 and respondents' briefs shall be filed and served on or before May 20, 1991. Memorandum: No further extension will be granted absent unusual or unforeseen circumstances. Present—Callahan, J. P., Doerr, Denman, Lawton and Davis, JJ. (Order entered Apr. 10, 1991.)